IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR299 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM GRAVES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On December 17, 2007, the defendant appeared with counsel for a hearing on the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 33). Defendant was represented by Karen Shanahan. Plaintiff was represented by Maria R. Moran, Assistant United States Attorney. Defendant admitted to allegations No. 1, 2 and 3 of the Petition. The Court found the defendant to be in violation of his conditions of Supervised Release.

The Court then proceeded to a dispositional hearing on the violations and suspended final disposition of the matter until February 22, 2008, at 10:30 a.m. Defendant is to continue to maintain employment and to abide by all other terms and conditions of his supervised release. If the defendant violates any of those conditions, a warrant will be issued for his arrest, and he will return to the Court for immediate disposition.

IT IS ORDERED:

1. The defendant is in violation of his supervised release.

2. Final disposition on Petition for Warrant or Summons for Offender Under Supervision (Filing No. 33) is continued until February 22, 2008, at 10:30 a.m.

3. The defendant is to continue to maintain employment and to abide by all other terms and conditions of his supervised release.

4. If the defendant violates any of those conditions, a warrant will be issued for his arrest, and he will return to the Court for immediate disposition.

DATED this 18th day of December, 2007.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court